
FILED
AUG 0 6 2020
Clerk, U.S District Court
District Of Montana
Great Falls

JENNIFER CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ALLEN KILGORE,<br><br>Defendant. | CR 20-37-M-DWM<br><br>INDICTMENT<br><br>POSSESSION OF MACHINE GUN<br>Title 18 U.S.C. § 922(o)<br>(Count I)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release)<br><br>POSSESSION OF UNREGISTERED FIREARMS<br>Title 26 U.S.C. §§ 5841, 5861(d), and 5871<br>(Count II)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) |

1

|  | POSSESSION OF FIREARM WITH OBLITERATED SERIAL NUMBER<br>Title 18 U.S.C. § 922(k)<br>(Count III)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 924(d)<br>Title 26 U.S.C. § 5872 |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about July 1, 2020, at Libby, in Lincoln County, in the State and District of Montana, the defendant, MARK ALLEN KILGORE, did knowingly possess at least one machinegun, in violation of 18 U.S.C. § 922(o).

## COUNT II

That on or about July 1, 2020, at Libby, in Lincoln County, in the State and District of Montana, the defendant, MARK ALLEN KILGORE, knowingly possessed firearms, namely at least one suppressor and at least one machine gun, which were not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## COUNT III

That on or about July 1, 2020, at Libby, in Lincoln County, in the State and District of Montana, the defendant, MARK ALLEN KILGORE, knowingly

possessed at least one firearm, which had been shipped in interstate and foreign commerce, knowing that the manufacturer's serial number had been removed, altered and obliterated, in violation of 18 U.S.C. § 922(k).

FORFEITURE ALLEGATION

Upon conviction of either of the offenses in counts I and III of this indictment, the defendant, MARK ALLEN KILGORE, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved and used in any knowing violation of said offense.

Upon conviction of the offense listed in Count II of this indictment, the defendant, MARK ALLEN KILGORE, shall forfeit, pursuant to 26 U.S.C. § 5872, any firearms involved and used in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under deal.

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons_____
Warrant:_____
Bail:_____
in fed custody

3