JENNIFER S. CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax:  (406) 542-1476
Email:   Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MARK ALLEN KILGORE, Defendant. | CR 20-37-M-DWM  UNOPPOSED MOTION FOR PRELIMINARY ORDER OF FORFEITURE |
|---|---|

The United States of America, by and through Jennifer S. Clark, Assistant United States Attorney for the District of Montana, pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872, hereby moves for a Preliminary Order of Forfeiture, forfeiting the Defendant's right, title, and interest in the property referenced in the supporting brief, filed under separate cover.

1

Defense counsel does not oppose this motion. L.R. CR 47.1(a).

DATED this 27th day of January, 2021.

                                              LEIF M. JOHNSON
                                              Acting United States Attorney

                                              */s/ Jennifer S. Clark*
                                              JENNIFER S. CLARK
                                              Assistant U.S. Attorney