# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARK ALLEN KILGORE, <br><br> Defendant. | CR 20-37-M-DWM <br><br> PRELIMINARY ORDER OF FORFEITURE |

THIS matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Mark Allen Kilgore appeared before the Court on October 30, 2020 and entered a plea of guilty to the indictment. He also admitted the forfeiture allegation. Kilgore's plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872.

IT IS ORDERED:

THAT Defendant Kilgore's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 26 U.S.C. § 5872:

- See Attachment 1.

THAT the United States Marshal's Service, the Bureau Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872 and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this _____ day of _____, 2021.

_____
Donald W. Molloy, District Judge
United States District Court