Attachment 1

| |
|---|
| Maverick Arms (Eagle Pass, TX) 88 Shotgun CAL:12 SN:MV34295R |
| Smith & Wesson 442 Revolver CAL:38 SN:DJD2080 |
| Ruger SR1911 Pistol CAL:45 SN:671-70426 |
| Century Arms International AMD65 Rifle CAL:762 SN:AMD6500108 |
| CZ (Ceska Zbrojovka) CZ527 Rifle CAL:762 SN:B115695 |
| China Jing AN HL12 Shotgun CAL:12 SN:9606315 |
| AWS Systems Tech Nexus 45 Silencer CAL:45 SN:971172 |
| Heckler and Koch USP 45 Pistol CAL:45 SN:25-022207 |
| Ruger 22 Charger Pistol CAL:22 SN:490-86950 |
| Ruger 22 Charger Pistol CAL:22 SN:490-84466 |
| AWC Systems Tech Raider Silencer CAL:556 SN:970471 |
| AWC Systems Tech Raider Silencer CAL:556 SN:970472 |
| AWC Systems Tech Thunder Trap Silencer CAL:30 SN:970511 |
| Ruger 22 Charger Pistol CAL:22 SN:490-11771 |
| Ruger 10/22 Rifle CAL:22 SN:248-40410 |
| Benelli, S. PA M1 Super 90 Shotgun CAL:12 SN:M380211 |
| Ruger Mini 14 Ranch Rifle CAL:223 SN:582-85937 |
| ITM Arms Company MK-99 Rifle CAL:762 SN:1985SP07704 |
| Walther P22 Pistol CAL:22 SN:L406737 |
| Ruger 22/45 Lite Pistol CAL:22 SN:390-34471 |
| Ruger 22/45 Lite Pistol CAL:22 SN:390-34134 |
| Walther P22 Pistol CAL:22 SN:Z007715 |
| CMMG INC MKG-45 Pistol CAL:45 SN:GFV01205 |
| FEG Unknown Rifle CAL:762 SN:EF0463H |
| FEG Unknown Rifle CAL:762 SN:DX1753H |
| Remington Arms Company INC 700 Rifle CAL:308 SN:D6233552 |
| Romarm/Cugir AES-10B Rifle CAL:762 SN:ASB-00348-19RO |
| Remington Arms Company INC 870 Shotgun CAL:12 SN:RS08049U |
| Umarex Sportwaffen GMBH& CO. KG Unknown Pistol CAL:Unknown SN:LK025633 |
| German Sports Guns GSG-1911 Pistol CAL:22 SN:A408501 |
| Springfield Armory, Geneseo, IL M1A Rifle CAL:308 SN:189367 |
| Arsenal CO. Bulgaria SLR-107CR Rifle CAL:762 SN:KT570511 |
| Arsenal CO. Bulgaria SLR-107CR Rifle CAL:762 SN:KT570878 |
| Ruger M77 Hawkeye Rifle CAL:308 SN:711-27881 |
| Bushmaster Firearms XM15-E2S Rifle CAL:223 SN:ARA012179 |
| PTR Industries INC. (PTR-91 INC.) Unknown Rifle CAL:762 SN:None |
| Bushmaster Firearms BR-308 Rifle CAL:308 SN:BRD007196 |
| Keltec, CNC Industries, INC KSG Shotgun CAL:12 SN:XLM41 |

| |
|---|
| Keltec, CNC Industries, INC KSG Shotgun CAL:12 SN:X3373 |
| Palmetto Armory PSAK47 Rifle CAL:762 SN:AKB017457 |
| Palmetto State Armory PSAK47 Rifle CAL:762 SN:AKB011367 |
| CMMG INC. Unknown Pistol CAL:Unknown SN:FHR01339 |
| CMMG INC. Unknown Pistol CAL:Unknown SN:BHR00167 |
| DPMS INC (Defense Procurement MFG Services) LR-308 Rifle CAL:308 SN:FFK018939 |
| DPMS INC (Defense Procurement MFG Services) A15 Rifle CAL:223 SN:F123354K |
| DPMS INC (Defense Procurement MFG Services) A15 Rifle CAL:223 SN:F123405K |
| Barrett Firearms MFG CO 95 Rifle CAL:50 SN:1210 |
| Remington Arms Company, INC 870 Shotgun CAL:12 SN:RS62726N |
| Ruger Gunsite Scout Rifle CAL:308 SN:680-20782 |
| Stag Arms Stag-15 Rifle CAL:556 SN:279690 |
| DPMS INC (Defense Procurement MFG Services) Panther LR-G2 Rifle CAL:Multi SN:EH016012 |
| DPMS INC (Defense Procurement MFG Services) Unknown Unknown CAL:Unknown SN:FFK036519 |
| DPMS INC (Defense Procurement MFG Services) A15 Unknown CAL:Multi SN:FH142240 |
| Palmetto State Armory PA-15 Unknown CAL:Multi SN:SCD007566 |
| Palmetto State Armory PA-15 Unknown CAL:Multi SN:SCD007571 |
| Ruger SR-556 Unknown CAL:Unknown SN:590-52679 |
| Aero Precision M5 Unknown CAL:Multi SN:US24741 |
| DPMS INC (DEFENSE PROCUREMENT MFG SERVICES) Unknown Unknown CAL:Unknown SN:FFK044186 |
| Palmetto State Armory Unknown Unknown CAL:Unknown SN:802951 |
| Palmetto State Armory PA-15 Unknown CAL:Multi SN:802950 |
| Anderson Manufacturing AM-15 Unknown CAL:Multi SN:18305618 |
| Anderson Manufacturing AM-15 Unknown CAL:Multi SN:18305617 |
| Colt Commander Pistol CAL:45 SN:CJ47277 |
| Sig Sauer (SIG-ARMS) 1911 Pistol CAL:45 SN:54B084745 |
| Para-Ordnance MFG INC Unknown Pistol CAL:45 SN:K049520 |
| Para-Ordnance MFG INC P14.45 Pistol CAL:45 SN:TJ7438 |
| Colt Gold Cup Trophy Pistol CAL:45 SN:GCT25026 |
| Armscor of the Philippines (Squires Bingham) M1911-A1 FS Pistol CAL:45 SN:RIA1508858 |
| Ruger 10/22 Rifle CAL:22 SN:0003-1859 |
| PTR Industries INC. (PTR-91 INC.) Unknown Rifle CAL:762 SN:994 |
| Bergara Europe B-14 BMP Rifle CAL:65 SN:61-06-210082-16 |
| Sig Sauer (Sig-Arms) P238 Pistol CAL:380 SN:27B240727 |
| Sig Sauer (Sig-Arms) P238 Pistol CAL:380 SN:27B300790 |
| Savage 93 Rifle CAL:22 SN:2651557 |
| Glock GMBH 31C Pistol CAL:357 SN:DPM108US |
| Springfield Armory, Geneseo, IL 1911A1 Pistol CAL:9 SN:NM37848 |
| PTR Industries INC (PTR-91 INC) PTR 91 Rifle CAL:308 SN:None |
| Mossberg 590 Shotgun CAL:12 SN:P846191 |
| Ruger LCP Pistol CAL:380 SN:371002052 |

| |
|---|
| Armscor of the Philippines (Squires Bingham) M1911-A1 CS Pistol CAL:45 SN:RIA1559964 |
| Remington Arms Company, INC, 1911R1 Pistol CAL:45 SN:RHN19246A |
| PTR Industries INC (PTR-91 INC) PTR91 Rifle CAL:308 SN:None |
| Aero Precision M5 Rifle CAL:Multi SN:US04802 |
| Smith & Wesson 19 Revolver CAL:357 SN:4KZ9972 |
| Remington Arms Company Inc 1911R1 Pistol CAL:45 SN:RHN68726A |
| Smith & Wesson SW1911SC Pistol CAL:45 SN:UCW1900 |
| CZ (Ceska Zbrojovka) CZ83 Pistol CAL:9 SN:9426 |
| Ruger Mark IV Pistol CAL:22 SN:500158234 |
| Colt Government Pistol CAL:45 SN:2845534 |
| Yugoslavia M57 Pistol CAL:762 SN:E176272 |
| Ruger New Vaquero Revolver CAL:45 SN:51107813 |
| Ruger New Vaquero Revolver CAL:45 SN:51107158 |
| Remington Arms Company INC 700 Rifle CAL:308 SN:G6707965 |
| Mossberg 590 Shotgun CAL:12 SN:L679753 |
| Sig Sauer (Sig-Arms) SIG M400 Pistol CAL:Multi SN:20J051273 |
| Remington Arms Company INC 870 Shotgun CAL:12 SN:B694943M |
| 18203 Rounds Assorted Ammunition CAL:Unknown |
| 85173 Rounds Assorted Ammunition CAL:Unknown |
| Unknown Unknown Destructive Device SN:None |
| Unknown Unknown Destructive Device SN:None |
| ONE BOX OF TWENTY ONE (21) WHITE STAR 40MM PARACHUTE ROUNDS, SN:None |
| Unknown Unknown Destructive Device SN:None |
| 4 EA OTHER EXPLOSIVE,"2521" "GRENADE HAND SMOKE" C11 HC" SN:None |
| 5 MEA EA OTHER EXPLOSIVE, M18 SMOKE GRENADES SN:None |
| 1 EA AMMO CAN OF POWDERS Low Explosives SN:None |
| 1 EA AMMO CAN OF POWDERS Low Explosives SN:None |