IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ALLEN KILGORE,<br><br>Defendant. | CR 20–37–M–DWM<br><br><br><br>ORDER |

This matter comes before the Court on the United States' unopposed motion for final order of forfeiture. (Doc. 35.) The Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872.

2. A Preliminary Order of Forfeiture was entered on January 27, 2021. (Doc. 27.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 34.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 26 U.S.C. § 5872.

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 35) is GRANTED.

1

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872, free from the claims of any other party, the following property:

- See Attachment 1

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 8th day of March, 2021.

Donald W. Molloy, District Judge
United States District Court